UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In Re:   Andrew and Mary A. Morgan          Case No.  BG 17-04997
                                             Chapter 13 Bankruptcy Proceeding
                                             Filed:  October 30, 2017

          Debtor.
_____/

**DEBTOR'S FIRST POST CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN**

NOW COME the Debtors, Andrew and Mary Morgan, who hereby amend their original Chapter 13 Plan as follows:

Debtors amend their plan to waive the Chapter 13 plan arrears in the total amount of $3,449.91. Mary Morgan had emergency gall bladder surgery at the beginning of February 2018.  Since that surgery she has suffered a myriad of medical issues which have rendered her unable to maintain employment. She has not been able to earn income since February 2018.  She was also not able to consistently work since filing the Chapter 13 proceeding due to her health issues.

Amended Schedules I and J attached reflect the current amount of the household income. Debtors intend to maintain their plan payments of $415.38 bi-weekly.

In all other respects the Chapter 13 Bankruptcy Plan remains the same.

**VERIFICATION OF AMENDMENT**

The above named Debtors hereby verify that the attached amendment is true and correct to the best of their knowledge.

                                             KELLER & ALMASSIAN, PLC
                                             Attorneys for Debtor


Dated:  September 25, 2018              By:  /s/ Greg J. Ekdahl
                                             Greg J. Ekdahl (P67768)
                                             230 East Fulton Street
                                             Grand Rapids, MI 49503
                                             (616) 364-2100



Dated: September 21, 2018               /s/ Andrew Morgan
                                        Andrew Morgan


Dated: September 21, 2018               /s/ Mary A. Morgan
                                        Mary A. Morgan